CHRISTOPHER J. CANNON, State Bar No. 88034
JIGAR H. PATEL, State Bar No. 278063
Sugarman & Cannon
180 Montgomery Street, Suite 2350
San Francisco, CA  94104-6702
Telephone: 415/362-6252
Facsimile: 415/362-6431

Attorneys for Defendant BRENDA MICHELSON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 11-00904 SBA |
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| v. | ) **ORDER MODIFYING CONDITION** |
|  | ) **OF PRETRIAL RELEASE** |
| KANYA TENNYSHA COLEMAN, | ) |
| BRENDA ANN MICHELSON, | ) |
| Defendants. | ) |

     As a condition of Brenda Michelson's pretrial release, the Court restricted Michelson's travel to the Northern District of California.  Michelson would like the Court to modify that condition to allow her to travel to see her daughter who lives outside the district.  AUSA Keslie Stewart and Timothy Elder, Michelson's Pretrial Services Officer, both agree to a modification to allow Michelson, to travel to see her daughter in the Eastern District of California.

//

//

//

//

STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITION OF PRETRIAL RELEASE
CR 11-00904 SBA

Page 1 of 2

The Defense, respectfully, asks this Court to modify Michelson's pretrial release conditions to allow her, with prior notification to Pretrial Services, to travel to see her daughter at the address provided to Pretrial Services.

Date: 1/11/2012           /s/
                          Christopher J. Cannon
                          Attorney for Brenda Michelson

Date: 1/11/2012           /s/
                          Keslie Stewart
                          Assistant United States Attorney

**SO ORDERED.**

Date: January 17, 2012

                          The Honorable Laurel Beeler
                          United States Magistrate Judge

STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING CONDITION OF PRETRIAL RELEASE
CR 11-00904 SBA