UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,

v.

BRENDA MICHELSON,
Defendant.

Case No. 11-cr-0904-PJH-2

**ORDER DENYING SECOND MOTION FOR EARLY TERMINATION OF PROBATION**

Before the court is the second motion of defendant Brenda Ann Michelson for early termination of probation, pursuant to 18 U.S.C. § 3564(c).  Doc. no. 202.  The instant motion fails to demonstrate exceptionally good behavior, or other changed circumstances that would alter the court's original sentencing determination or make the original sentence unduly harsh, so as to warrant early termination of a probationary sentence.  See doc. no. 198 (Order Denying [First] Motion for Early Termination of Probation).  Accordingly, the motion for early termination of probation is DENIED without prejudice.

**IT IS SO ORDERED.**

Dated:   October 13, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge